UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :        MISDEMEANOR
                              :        INFORMATION
        - v. -                :
                              :        S3 07 Cr. 1007
NOAH MENZIES,                 :
                              :
            Defendant.        :
- - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

From in or about September 2006, up to and including in or about October 2006, in the Southern District of New York and elsewhere, NOAH MENZIES, the defendant, unlawfully, willfully, and knowingly, did take and carry away, with intent to steal and purloin, property and money and things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of, a bank, credit union, and savings and loan association, to wit, MENZIES opened a bank account in the name of a fictitious business entity and then withdrew funds subsequently deposited into that account to which he was not entitled.

(Title 18, United States Code, Sections 2113(b) & 2.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney