UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08
```

- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :

            - v. -              :          ORDER

NOAH MENZIES,                     :          S3 07 Cr. 1007 (SHS)

          Defendant.      :

- - - - - - - - - - - - - - - - -x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on April 1, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        5/15 , 2008

                                  _____
                             HONORABLE SIDNEY H. STEIN
                             UNITED STATES DISTRICT JUDGE